JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MOVSES KVRYAN,

    Plaintiff,

v.

FERETI SEMAIA et al.,

    Defendant.

Case No. 5:26-cv-03365-SB-KES

FINAL JUDGMENT

      For the reasons stated in the separate order, the habeas petition and temporary restraining order are denied.

      This is a final judgment.

Date: June 30, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1